

# Fourth Court of Appeals
## San Antonio, Texas

May 17, 2022

No. 04-21-00553-CV

**IN THE INTEREST OF L.M.C., A CHILD**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-16354
Honorable Martha Tanner, Judge Presiding

# O R D E R

On May 12, 2022, the court received appellee's brief. Appellee's brief fails to comply with Rule 9.5(d),(e) of the Texas Rules of Appellate Procedure. Under Rule 9.5(d),(e), a document presented for filing in this court must contain a certificate of service, stating the date and manner of service, and the name and address of each person served. TEX. R. APP. P. 9.5(d),(e). Appellee's brief does not contain a proper certificate of service. We therefore **order** appellee to promptly file a certificate of service that complies with Rule 9.5(d),(e), but not later than May 24, 2022.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of May, 2022.



_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court